IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TRASHUN JOHNSON,

          Plaintiff,

v.

IRON COUNTY SHERIFF'S DEPARTMENT,

          Defendants.

OPINION and ORDER

23-cv-716-jdp

---

Plaintiff TraShun Johnson, proceeding without counsel, alleges that Iron County Sheriff's deputies falsely accused him of yelling at his neighbor's children, resulting in his arrest. Dkt. 1. I dismissed Johnson's complaint for failure to state a claim for which I could grant relief. Dkt. 4. I gave Johnson until May 26, 2025, to amend the complaint to fix that problem, and I cautioned him that I would dismiss the case if he failed to comply with that order. Johnson didn't file an amended complaint. Nor did Johnson seek an extension of time to file an amended complaint or otherwise try to explain his failure to comply with my order. I will dismiss the complaint for failure to state a claim for the reasons in my order to amend. *See Paul v. Marberry*, 658 F.3d 702, 704–05 (7th Cir. 2011) (court should dismiss case for failure to state a claim upon which relief may be granted after plaintiff fails to correct a pleading that violates Federal Rule of Civil Procedure 8).

ORDER

IT IS ORDERED that:

1. Plaintiff TraShun Johnson's complaint, Dkt. 1, is DISMISSED with prejudice for failure to state a claim.

2. The clerk of court is directed to enter judgment and close the case.

Entered June 4, 2025.

                                                  BY THE COURT:

                                                  /s/

                                                _____
                                                JAMES D. PETERSON
                                                District Judge